### KENEY SUPERMARKET *v.* CITY OF HARTFORD

The purported appeal by the defendant from the interlocutory order of the Superior Court in Hartford County is denied.

*Joseph P. Cooney* and *David T. Ryan,* in support of the petition for expeditious appeal.

Submitted October 22—decided October 28, 1969

### STATE OF CONNECTICUT *v.* JOHN REED

The motion by the state to dismiss the appeal from the Superior Court in New Haven County is granted.

*David B. Salzman,* assistant state's attorney, for the appellee (state).

*Alfonse C. Fasano,* for the appellant (defendant).

Argued November 4—decided November 4, 1969

### MASTI-KURE PRODUCTS COMPANY ET AL. *v.* KURT APPEL ET AL.

The motion by the defendants for a stay of execution in the appeal from the Superior Court in New London County is denied.

The motion by the defendants for a stay of injunction in the appeal from the Superior Court in New London County is denied.

*Charles G. Albom,* for the appellants (defendants).

*Irving S. Ribicoff,* for the appellees (plaintiffs).